UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO: 1:11-CV-79

TRIUMPH ACTUATION SYSTEMS, LLC, f/k/a FRISBY AEROSPACE,

    Plaintiff,

v.

EATON CORPORATION; AEROQUIP-VICKERS, INC.; EATON HYDRAULICS, INC.; and EATON AEROSPACE, LLC,

    Defendants.

**STIPULATED DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A) and (c) of the Federal Rules of Civil Procedure, Plaintiff, Triumph Actuation Systems, LLC, f/k/a Frisby Aerospace, and Defendants, Eaton Corporation, Aeroquip-Vickers, Inc., Eaton Hydraulics, Inc. and Eaton Aerospace, LLC, by and through their undersigned counsel, hereby stipulate to dismissal with prejudice of this entire suit, including all claims and counterclaims asserted by all parties to the above-captioned action.

Respectfully submitted, this the 19th day of June, 2014.

                /s/ Curtis J. Shipley
Jonathan D. Sasser
jon.sasser@elliswinters.com
  N.C. State Bar No. 10028
Curtis J. Shipley
curtis.shipley@elliswinters.com
  N.C. State Bar No. 19276
**ELLIS & WINTERS LLP**
333 North Greene Street, Suite 200
Greensboro, NC 27401
*Attorneys for Plaintiff*


                /s/ Reid L. Phillips
James T. Williams, Jr.
jwilliams@brookspierce.com
  N.C. State Bar No. 4758
Reid L. Phillips
rphillips@brookspierce.com
  N.C. State Bar No. 7968
Clinton R. Pinyan
cpinyan@brookspierce.com
  N.C. State Bar No. 22260
**BROOKS, PIERCE, MCLENDON, HUMPHREY & LEONARD, LLP**
2000 Renaissance Plaza
Post Office Box 26000
Greensboro, North Carolina 27420
Telephone: (336) 373-8850
Facsimile: (336) 378-1001
*Attorneys for Defendants*

2

CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing document was filed with the Clerk of Court using the CM/ECF system, which provided electronic service to all counsel of record.

This the 19th day of June, 2014.

/s/ Curtis J. Shipley
Curtis J. Shipley
N.C. State Bar No. 19276
ELLIS & WINTERS LLP
333 N. Greene Street, Suite 200
Greensboro, North Carolina 27401
Telephone: (336) 217-4084
Facsimile: (336) 217-4198
Email: curtis.shipley@elliswinters.com

*Attorneys for Triumph Actuation Systems, LLC f/k/a Frisby Aerospace*